AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.

JESUS QUINTANA-GRIJALVA,
Defendant.

**APPEARANCE**

Case Number: 08MJ8032

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESUS QUINTANA-GRIJALVA

I certify that I am admitted to practice in this court.

1/23/2008
Date

/s/ ROBERT R. HENSSLER
Signature

ROBERT HENSSLER / Federal Defenders o 216165
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008

*/s/ Robert R. Henssler*

ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Robert_Henssler@fd.org