FILED
08 FEB 15 PM 2:43
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS QUINTANA-GRIJALVA, Defendant. | Criminal Case No. '08 CR 0403 LAB<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about January 21, 2008, within the Southern District of California, defendant JESUS QUINTANA-GRIJALVA did knowingly and intentionally import approximately 39.06 kilograms (approximately 85.93 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

WDK:fer:Imperial
2/15/08

Count 2

On or about January 21, 2008, within the Southern District of California, defendant JESUS QUINTANA-GRIJALVA did knowingly and intentionally possess, with intent to distribute, approximately 39.06 kilograms (approximately 85.93 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 15, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DOUGLAS KEEHN
Assistant U.S. Attorney