**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Quintana-Grijalva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS QUINTANA-GRIJALVA, Defendant. | ) | Case No. 08CR0403-LAB<br>JOINT MOTION TO CONTINUE TRIAL |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., counsel for Mr. Quintana-Grijalva, along with Assistant United States Attorney Andrew Schopler, that the trial currently set for April 29, 2008 at 9:00 a.m. be continued until May 20, 2008 at 9:00 a.m. and that the motion in limine hearing currently set for April 28, 2008 at 2:00 p.m. be continued until May 19, 2008 at 2:00 p.m.

Counsel for Mr. Quintana-Grijalva has submitted a declaration in support of this joint motion detailing the reasons for the requested continuance.

Respectfully submitted,

Dated: April 2, 2008

*<u>/s/ Robert R. Henssler</u>*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Quintana-Grijalva

Dated: April 2, 2008

*/s/ Andrew Shopler*
ANDREW SHOPLER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Andrew Shopler**
U S Attorneys Office Southern District of California
Andrew.Schopler@usdoj.gov

Dated: April 2, 2008

*/s/ Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quintana-Grijalva