**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Quintana-Grijalva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS QUINTANA-GRIJALVA,<br>Defendant. | Case No. 08CR0403-LAB<br><br>DECLARATION OF DEFENSE COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE TRIAL |

I, Robert R. Henssler Jr., under penalty of perjury, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Southern District of California, and the United States Court of Appeals for the Ninth Circuit.

2. Federal Defenders of San Diego, Inc. ("Federal Defenders"), was appointed by the District Court for the Southern District of California to represent Defendant, Jesus Quintana-Grijalva. I am an employee of Federal Defenders, and in such capacity, I represent Mr. Quintana-Grijalva.

3. On April 1, 2008, the Court held a motion hearing in this case and set trial for April 29, 2008 at 9:00 a.m. and a motion in limine hearing for April 28, 2008 at 2:00 p.m.

4. I am (and have been) scheduled to attend the Institute for Criminal Defense Advocacy ("ICDA"), Federal Criminal Defense Academy, April 25, 2008 - April 30, 2008. See Exhibit A, an internet print-out describing ICDA. I have spoken with executives at Federal Defenders and informed them of this

//

scheduling conflict and they have confirmed that I must attend ICDA. I would also like to attend ICDA. I began my employment at Federal Defenders May 1, 2007 and just missed getting to attend last year's ICDA.

5. I have conferred with Mr. Quintana-Grijalva and he has no objection to continuing the trial currently set for April 29, 2008 at 9:00 a.m. until May 20, 2008 at 9:00 a.m. and the motion in limine hearing currently set for April 28, 2008 at 2:00 p.m. until May 19, 2008 at 2:00 p.m.

6. I will be filing motions in limine on April 7, 2008 and this will toll the Speedy Trial Act clock. See 18 USCS § 3161(h)(1)(F). Thus, Mr. Quintana-Grijalva will have a trial within the requirements of the Speedy Trial Act if the Court granted the joint motion.

7. On April 1, 2008, I spoke with your Court Clerk, Tisha Washam, and she indicated the proposed new trial date of May 20, 2008 at 9:00 a.m. was available on your calendar.

I so declare this 2nd day of April, 2008, in San Diego, California.

*/s/ Robert R. Henssler, Jr.*
ROBERT R. HENSSLER JR.
Declarant