# EXHIBIT A

> ICDA HOME
> FEDERAL CRIMINAL DEFENSE ACADEMY
> LL.M IN TRIAL ADVOCACY
> ACADEMIA DE DESTREZA EN LITIGACIÃ"N
> CONTACT ICDA
> BACK TO INSTITUTES & CENTERS



Institute for
Criminal
Defense
Advocacy

presents...

# FEDERAL CRIMINAL DEFENSE ACADEMY 2008




## April 25-30, 2008
## San Diego, California
### at California Western School of Law

**The Federal Criminal Defense Academy** is the only trial skills program in the country to focus exclusively on federal criminal defense. As the only law school in the United States to offer an LL.M. in Trial Advocacy Specializing in Federal Criminal Defense, California Western School of Law is uniquely situated as a location for the program. San Diego is also the perfect city for the program because it is not only *America's Finest City*, it is also home to the busiest federal district court in the country.

At the Federal Criminal Defense Academy you will learn by doing. While other programs may offer lectures, at our Academy participants put on a mock federal trial from opening to closing and are critiqued by experienced practitioners. Those practitioners give lectures and lead small group activities. Their role is to mentor participants so that at the end of the week you will give more effective openings and closings, direct and cross with new confidence, and be a better all-around trial lawyer.

**Tuition**: $999 must be paid in full by March 25, 2008. Delayed payment arrangements will be made with Federal Defender offices when necessary.

**Discounts**: For each attorney an office sends at the full tuition rate, a second attorney will receive a discounted rate of $500.



1

**Registration**: Register online below. If payment is not made online, please send a check **made payable to ICDA** to: ICDA, 225 Cedar Street, San Diego, CA 92101.

**Admissions Process**: Each application will receive a confirmation letter of acceptance, as well as the required course materials and information.

**CLE Credits**: The Academy does provide credits for continuing legal education.

**Hotel Recommendations**: The listed hotels are located within two blocks of the law school: The Radisson Harbor View, (619) 239-6800; Holiday Inn Harbor View, (619) 239-9600; and Motel 6, (619) 236-9292.

**Cancellation Policy**: Cancellations must be made via fax to (619) 615-1443 by March 25, 2008. Refunds will not be issued if notified after this date.

For more information contact ICDA at (619) 525-1485.

Course syllabus

REGISTER ONLINE

