UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS QUINTANA-GRIJALVA,<br>Defendant. | Case No. 08CR0403-LAB<br><br>ORDER FOR JOINT MOTION |

Good cause appearing, **IT IS HEREBY ORDERED** that the trial currently set for April 29, 2008 at 9:00 a.m. be continued until May 20, 2008 at 9:00 a.m. and that the motion in limine hearing currently set for April 28, 2008 at 2:00 p.m. be continued until May 19, 2008 at 2:00 p.m.

**SO ORDERED.**

DATED: April 2, 2008

Larry A. Burns

HONORABLE LARRY ALAN BURNS
United States District Judge