**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Quintana-Grijalva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS QUINTANA-GRIJALVA,<br><br>Defendant. | CASE NO. 08CR0285-MLH<br><br>DATE: April 7, 2008<br>TIME: 9:00 A.M.<br><br>**DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:**<br>1) EXCLUDE EXPERT TESTIMONY ON THE STREET VALUE OF MARIJUANA;<br>2) EXCLUDE EXPERT TESTIMONY ABOUT THE STRUCTURE OF DRUG ORGANIZATIONS;<br>3) EXCLUDE EVIDENCE OF ALLEGED "NERVOUSNESS" BY DEFENDANT;<br>4) EXCLUDE ACTUAL BAGS OF MARIJUANA FROM THE COURTROOM;<br>5) PREVENT A COPY OF THE INDICTMENT FROM BEING SUBMITTED DURING DELIBERATIONS;<br>6) EXCLUDE ANY 404(B) OR 609 EVIDENCE AS IMPROPER NOTICE HAS BEEN GIVEN;<br>7) EXCLUDE EVIDENCE OF "MUG SHOT" PHOTOS;<br>8) EXCLUDE POVERTY EVIDENCE;<br>9) PROHIBIT VOUCHING BY PROSECUTION;<br>10)ALLOW ATTORNEY-CONDUCTED VOIR DIRE; |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant, Jesus Quintana-Grijalva, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, Jesus Quintana-Grijalva, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Exclude Expert Testimony on the Street Value of Marijuana;
2) Exclude Expert Testimony about the Structure of Drug Organizations;
3) Exclude Evidence of Alleged "Nervousness" by Defendant;
4) Exclude Actual Bags of Marijuana from the Courtroom;
5) Prevent a Copy of the Indictment from Being Submitted During Deliberations;
6) Exclude Any 404(b) or 609 Evidence as Improper Notice Has Been Given;
7) Exclude Evidence of "Mug Shot" Photos;
8) Exclude Poverty Evidence;
9) Prohibit Vouching by Prosecution; and
10) Allow Attorney-conducted Voir Dire.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED: April 7, 2008

*/s/ Robert R. Henssler*
ROBERT R. HENSSLER JR
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quintana-Grijalva

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Andrew G Schopler
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Andrew.Schopler@usdoj.gov

Dated: April 7, 2008

*/s/ Robert R. Henssler, Jr.*

ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Robert_Henssler@fd.org