# STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES INCORPORATED BY REFERENCE TO DOCUMENT NO. 19