# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS QUINTANA-GRIJALVA,

Defendant.

CASE NO. 08CR0403-LAB

**ORDER DENYING EX PARTE APPLICATION FOR ISSUANCE OF RULE 17(b) SUBPOENAS AND REQUEST FOR ADVANCE AUTHORIZATION OF FUNDS FOR WITNESSES**

Defendant's Ex Parte Application for Issuance of Rule 17(b) Subpoena and Request for Advance Authorization of Funds for Witnesses is **denied without prejudice**. The declaration (which is supposed to establish "materiality") is laden with conclusory allegations (e.g., testimony "will corroborate . . .") and bereft of facts demonstrating materiality. Additionally, the application seeks authorization to subpoena one witness whose first name only is provided. Counsel must provide additional identifying information on this witness before the Court will consider authorizing a subpoena for him. Moreover, any new declaration must purport to demonstrate facts establishing "materiality" and must establish that the testimony of the witnesses sought will not be cumulative.

**IT IS SO ORDERED**.

DATED: April 24, 2008

HONORABLE LARRY ALAN BURNS
United States District Judge