**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Quintana-Grijalva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0403-LAB |
| Plaintiff, | ) | DATE: May 19, 2008 |
| | ) | TIME: 9:00 A.M. |
| v. | ) | |
| JESUS QUINTANA-GRIJALVA, | ) | **APPLICATION TO SEAL DOCUMENT NUMBER 21** |
| Defendant. | ) | |

Defendant Jesus Quintana-Grijalva, by and through his attorneys, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., requests that this Court issue an order to seal document number 21 which has been published on pacer. Document number 21 denied Mr. Quintana-Grijalva's Ex Parte Application for the Issuance of Rule 17(b) Subpoenas and Request for Advance Funds for Witnesses ("Ex Parte Application"). Mr. Quintana-Grijalva's Ex Parte Application was filed under seal. As such, when it denied the Ex Parte Application the Court should have allowed Mr. Quintana-Grijalva the option of withdrawing the motion or having it considered on the public record. *See United States v. Meriwether*, 486 F.2d 498, 506 (1973) (ex parte provision of Rule 17(b) "was intended to shield the theory of his defense from the prosecutor's scrutiny."); *United States v. Heraldez-Martinez*, No. 04cr2229-BTM, *3 (September 30, 2005) (unpublished) ("The Court believes that when a litigant seeks to have a motion filed under seal, the court should first rule

//

on that request and, if denied, allow the party the option of withdrawing the motion or having it considered on the public record.”).[1]

Respectfully submitted,

DATED: April 30, 2008

*/s/ Robert R. Henssler*
ROBERT R. HENSSLER JR
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quintana-Grijalva

[1] A copy of *United States v. Heraldez-Martinez*, No. 04cr2229-BTM, *3 (September 30, 2005) (unpublished), is attached hereto as Exhibit A.

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Andrew G Schopler
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Andrew.Schopler@usdoj.gov

Dated: April 30, 2008

*/s/ Robert R. Henssler, Jr.*
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Robert_Henssler@fd.org