UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JESUS QUINTANA-GRIJALVA,**<br>Defendant. | Case No. 08CR0403-LAB<br><br>ORDER DENYING APPLICATION TO SEAL DOCKET NO. 21 [Doc. #24] |

Defendant's Application to Seal Docket Number 21, [Order Denying Ex Parte Application for Issuance of Rule 17(b) Subpoenas and Request for Advance Authorization of Funds for Witnesses] is hereby DENIED. The Court finds that the Order [Doc. #21] does not reveal any aspect of a theory of defense.

**IT IS SO ORDERED**.

DATED: April 30, 2008

HONORABLE LARRY ALAN BURNS
United States District Judge