**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Quintana-Grijalva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS QUINTANA-GRIJALVA,<br><br>Defendant. | ) | Case No. 08CR0403-LAB<br><br>Date: May 19, 2008<br>Time: 9:00 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO PRECLUDE POST-ARREST AND VIDEO-TAPED STATEMENTS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on May 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant, Jesus Quintana-Grijalva, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions *in limine*.

//

//

//

//

//

//

**MOTIONS *IN LIMINE***

Defendant, Jesus Quintana-Grijalva, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to preclude post-arrest statements out of context and preclude video-taped statements.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED: May 5, 2008

*/s/ Robert R. Henssler*

ROBERT R. HENSSLER JR
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quintana-Grijalva
Robert_Henssler@fd.org