KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-5836
Facsimile No.: (619) 235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS QUINTANA-GRIJALVA,<br><br>Defendant. | Criminal Case No. 08CR0403-LAB<br><br>Date: July 14, 2008<br>Time: 2:00 p.m.<br><br>UNITED STATES' SUPPLEMENTAL MOTIONS IN LIMINE TO **ADMIT**:<br>(1) VIDEOTAPED POST-ARREST STATEMENT<br>(2) ENGLISH TRANSLATION<br><br>TOGETHER WITH STATEMENT OF FACTS, MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, and hereby files its supplemental motions in limine, which are based upon the files and records of this case.

//

## I

## STATEMENT OF FACTS

The United States incorporates by reference its prior statements of facts.

## II

## POINTS AND AUTHORITIES

### A. THE COURT SHOULD ADMIT A REDACTED VERSION OF DEFENDANT'S VIDEOTAPED POST-ARREST STATEMENT, AND THE ENGLISH TRANSLATION OF THE REDACTED STATEMENT

The United States should be permitted to introduce a redacted version of Defendant's videotaped post-arrest statement. A defendant's post-arrest statements are nonhearsay, when introduced by the Government at trial. See Fed. R. Evid. 801(d)(2)(A). "A recorded conversation is generally admissible unless the unintelligible portions are so substantial that the recording as a whole is untrustworthy." United States v. Abonce-Barrera, 257 F.3d 959, 963 (9th Cir. 2001) (citations omitted). The United States has attached a transcript and translation of all of Defendant's post-arrest statements following the Miranda warnings, which includes its proposed redactions for trial. See Redacted Transcript/Translation of Post-Arrest Statement, attached as Exhibit A.

In addition, the United States should be permitted to introduce the English translation as an exhibit. The district court has discretion to "admit the transcriptions and their English translation and to allow the jury to take such exhibits into the jury room." Abonce-Barrera, 257 F.3d at 963. According to the Abonce-Barrera Court:

> In the case of foreign language tapes, we review whether the following steps were taken to ensure the accuracy of the transcriptions and their translation: (1) whether the district court reviewed the transcriptions and translations for accuracy, (2) whether the defense counsel had the opportunity "to highlight alleged inaccuracies and to introduce alternative versions," and (3) whether "the jury was allowed to compare the transcript to the tape and hear counsel's arguments as to the meaning of the conversations." No single question is dispositive.

Id. (citation omitted). Here, the United States has disclosed the videotape and its translation in a timely fashion, to allow the Court and the defense time to address all of the concerns cited by the Abonce-Barrera Court.

Finally, using the SANCTION program as a demonstrative exhibit, the United States should be allowed to play the videotape with scrolling contemporaneous English subtitles.

## III

## CONCLUSION

For the foregoing reasons, the United States requests that the Court grant the United States' motions in limine.

DATED: July 7, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler
ANDREW G. SCHOPLER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS QUINTANA-GRIJALVA,<br>Defendant. | ) | Criminal Case No. 08CR0403-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' SUPPLEMENTAL MOTIONS IN LIMINE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert R. Henssler, Jr.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney