COURT'S INSTRUCTION NO. ________

I instruct you that you must presume Mr. Quintana to be innocent of the offense charged. Thus, Mr. Quintana, although accused of an offense in the indictment, begins the trial with a "clean slate"---with no evidence against him. The indictment is not evidence of any kind. Mr. Quintana is not on trial for any act or crime not contained in the indictment. The law permits nothing but legal evidence presented before the jury in court to be considered in support of any charge against Mr. Quintana. The presumption of innocence alone is sufficient to acquit Mr. Quintana.

The burden is always upon the government to prove guilt beyond a reasonable doubt. This burden never shifts to Mr. Quintana for the law never imposes upon a defendant in a criminal case the burden or duty of calling any witness or producing any evidence. Mr. Quintana is not even obligated to produce any evidence by cross-examining the witnesses for the government.

It is not required that the government prove guilt beyond all possible doubt. The test is one of reasonable doubt. A reasonable doubt is a doubt based upon reason and common sense—the kind of doubt that would make a reasonable person hesitate to act. Proof beyond a reasonable doubt must, therefore, be proof of such a convincing character that a reasonable person would not hesitate to rely and act upon

it in the most important of their own affairs. You may consider the evidence or lack of evidence in determining whether there is a reasonable doubt.

Unless the government proves, beyond a reasonable doubt, that Mr. Quintana committed each and every element of the offense charged in the indictment, you must find Mr. Quintana not guilty of the offense. If you view the evidence as reasonably permitting either of two conclusions—one of innocence, the other of guilt—you must, of course, adopt the conclusion of innocence.

COURT'S INSTRUCTION NO. _____

The fact that one party called more witnesses and introduced more evidence than the other does not mean that you should necessarily find the facts in favor of the side offering the most witnesses. By the same token, you do not have to accept the testimony of any witness who has not been contradicted or impeached, if you find the witness not to be credible. You will also have to decide which witnesses to believe and which facts are true. After examining all of the evidence, you may decide that the party calling the most witnesses has not persuaded you because you do not believe its witnesses.

In a moment I will discuss some criteria for evaluating credibility; for the moment, however, you should keep in mind that the burden of proof is always on the government and that Mr. Quintana is not required to call any witnesses or offer any evidence, since he is presumed to be innocent.

COURT'S INSTRUCTION NO. _______

Because a particular witness may be a law enforcement officer, such as an agent of Border Patrol or Immigration and Customs Enforcement, or an employee of a governmental agency, that does not mean that his or her testimony is truthful.

It is quite legitimate for counsel to attack or question the truthfulness of an agent or other government employee on the ground that his or her testimony may be tainted by personal or professional interest in the outcome of this case.

COURT'S INSTRUCTION NO. ____

Mr. Quintana is charged in Count One of the indictment with knowingly and intentionally importing marijuana in violation of Sections 952 & 960 of Title 21 of the United States Code. In order for Mr. Quintana to be found guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

First, that Mr. Quintana knowingly possessed marijuana;

Second, that Mr. Quintana knowingly and intentionally brought marijuana into the United States;

Third, that Mr. Quintana knew that the substance was marijuana; and

Fourth, that Mr. Quintana knew that the amount of marijuana was 39.06 kilograms.

COURT'S INSTRUCTION NO. _______

Mr. Quintana is charged in Count Two of the indictment with possession of marijuana with intent to distribute in violation of Section 841(a)(1) of Title 21 of the United States Code. In order for Mr. Quintana to be found guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

First, that Mr. Quintana knowingly possessed marijuana;

Second, that Mr. Quintana possessed it with the intent to deliver it to another person;

Third, that Mr. Quintana knew that the substance was marijuana; and

Fourth, that Mr. Quintana knew that the amount of marijuana was 39.06 kilograms.

To "possess with intent to distribute" means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

COURT'S INSTRUCTION NO. _______

An act is done "knowingly" if done voluntarily and intentionally, and not because of mistake or accident or other innocent reason.

The purpose of adding the word "knowingly" is to insure that no one will be convicted for an act done because of mistake, or accident, or other innocent reason.

As stated before, with respect to an offense such as those charged in this case, specific intent must be proved beyond a reasonable doubt before there can be a conviction.

COURT'S INSTRUCTION NO. _______

A person has possession of something if the person knows of its presence and has physical control of it, or knows of its presence and has the power and intention to control it.

Possession of drugs cannot be found solely on the ground that the defendant was near or close to the drugs. Nor can it be found simply because the defendant was present at a scene where drugs were involved, or solely because the defendant associated with a person who does control the drugs.

COURT'S INSTRUCTION NO. __________

A finding of guilt as to any crime may not be based on circumstantial evidence unless the proved circumstances are not only (1) consistent with the theory that the defendant is guilty of the crime, but (2) cannot be reconciled with any other rational conclusion.

Further, each fact which is essential to complete a set of circumstances necessary to establish the defendant's guilt must be proved beyond a reasonable doubt. In other words, before an inference essential to establish guilt may be found to have been proved beyond a reasonable doubt, each fact or circumstance on which the inference necessarily rests must be proved beyond a reasonable doubt.

Also, if the circumstantial evidence permits two reasonable interpretations, one of which points to the defendant's guilt and the other to his innocence, you must adopt that interpretation that points to the defendant's innocence, and reject that interpretation that points to his guilt.

If, on the other hand, one interpretation of this evidence appears to you to be reasonable and the other interpretation to be unreasonable, you must accept the reasonable interpretation and reject the unreasonable.

COURT'S INSTRUCTION NO. _______

Spanish has been used during this trial.

The evidence you are to consider is only that provided through the official court interpreter. Although some of you may know Spanish, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English translation. You must disregard any different meaning. You must not judge the credibility of a witness or give less weight to a witness's testimony because the witness testifies in Spanish.

COURT'S INSTRUCTION NO. _______

Mr. Quintana's theory of defense is that he did not know that marijuana or any other prohibited drug was hidden in the vehicle and that a third person is responsible for the crimes with which he is charged.