FILED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs
JESUS QUINTANA-GRIJALVA
Defendant,

CASE NO.08CR0403-LAB

# VERDICT

We the jury in the above entitled cause find the defendant, JESUS QUINTANA-GRIJALVA,

Guilty of importation of marijuana as charged in Count 1 of the Indictment.

Guilty of possession of marijuana and with intent to distribute in Count 2 of the Indictment.

Sharon Yates
FOREPERSON

Date: 7/16/08
San Diego, California