MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS Quintana-Grijalva

___ Plaintiff ___ Defendant x Court Type of Hearing: Jury Trial

Case Number: 08CR403-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 7/16/08 | | JURY NOTE |
| 2 | 7/16/08 | | JURY NOTE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please provide DVD.

Sharon

COURT'S 12:15
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 08CR403
DATE: 7-16-08

WE HAVE REACHED A VERDICT

[signature]

COURT'S 2:10pm
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 08cr403
DATE 7/16/08