MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

UNITED STATES VS JESUS QUINTANA-GRIJALVA

X Plaintiff ___ Defendant ___ Court Type of Hearing: TRIAL

Case Number: 08CR0403-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | JUL 15 2008 | JUL 15 2008 | Photo: Aerial view of Calexico West Port of Entry |
| 2 | JUL 15 2008 | JUL 15 2008 | Photo: Calexico West Port of Entry primary lanes |
| 3 | JUL 15 2008 | JUL 15 2008 | Photo: Calexico West Port of Entry primary booths |
| 4 | JUL 15 2008 | JUL 15 2008 | Photo: Calexico West Port of Entry TECS readers |
| 5 | JUL 15 2008 | JUL 15 2008 | Photo: Calexico West Port of Entry secondary area |
| 6 | | | Photo: Rear view of license plate 6B11785 |
| 7 | JUL 15 2008 | JUL 15 2008 | TECS II primary query history printout |
| 8 | JUL 16 | JUL 16 2008 | Photo: Rear view of Dodge Ram 1500 with tool box |
| 9 | JUL 15 2008 | JUL 15 2008 | Photo: Side view of gas tank |
| 10 | JUL 15 2008 | JUL 15 2008 | Photo: Top view of removed gas tank |
| 11 | 15 2008 | JUL 15 2008 | Photo: Gas tank with access panel removed and packages visible |
| 12 | JUL 15 2008 | JUL 15 2008 | Photo: Gas tank with access panel completely removed |
| 13 | JUL 15 2008 | 15 2008 | Photo: Spare tire with packages visible |
| 14 | JUL 15 2008 | JUL 15 2008 | Photo: Rear view of 6B11785 with stacked packages |
| 15 | JUL 15 2008 | JUL 15 2008 | Photo: Marijuana weight and samples |
| 16 | JUL 15 2008 | JUL 15 2008 | Marijuana samples and packaging |
| 17A | JUL 15 2008 | | Marijuana value chart |
| 18 | JUL 15 2008 | JUL 15 2008 | DVD of post-arrest statement (redacted) |
| 18A | 15 2008 | | DVD of post-arrest statement (unredacted) |
| 19 | JUL 15 2008 | JUL 15 2008 | English translation of post arrest statement (redacted) does not GO into jury |
| 20 | | | Notice to appear: Beaumont Police Department |
| 21 | JUL 16 2008 | JUL 16 2008 | Receipts from Home Depot |
| 22 | 16 2008 | JUL 16 2008 | Mapquest directions |
| 23 | JUL 16 | 16 | Photo: Overhead view of tool box with "Ariel" package visible |
| 24 | JUL 16 | JUL 16 | Photo: Inside of the toolbox with various objects |

| | | | |
|---|---|---|---|
| 25 | | | Photo: Ram 1500 |
| 26 | | | Photo: Vehicle information |
| 27 | JUL 16 2008 | JUL 16 2008 | Photo: Instrument Panel |
| 28 | JUL 16 2008 | JUL 16 | Sending unit |
| 29 | 16 2008 | JUL 16 | Department of Motor Vehicle Documents |
| 30 | | | Dodge Owner's Manual |
| 31 | | | U.S. Environmental Protection Agency MPG Estimates |
| 32 | JUL 16 2008 | JUL | UCSD Medical Center Map |
| 33 | JUL 16 | | Photo: UCSD Medical Center entrance |
| 34 | 16 | 16 | Photo: UCSD emergency parking entrance |
| 35 | JUL 16 2008 | JUL 16 | Photo: UCSD emergency parking information |
| 36 | 16 2008 | 16 | Photo: UCSD emergency parking voucher reader |
| 37 | 16 2008 | 16 | Photo: UCSD emergency parking exit |
| 38 | 16 2008 | JUL | Photo: UCSD emergency parking lot with cement posts |
| 39 | 16 2008 | JUL 16 | Photo: UCSD security camera |
| 40 | 16 2008 | JUL 16 | Photo: UCSD visitor parking entrance |
| 41 | JUL 16 | JUL 16 | Referral Slip from Clinicas De Salud Del Pueblo |
| 42 | JUL 16 | JUL 16 | medical receipt |
| 43 | JUL 16 | JUL 16 | medicare benefits card |
| 44 | JUL 16 | JUL 16 | temporary benefit card Oct 8 2007 |
| 45 | JUL 16 | JUL | County medical Insurance doc |
| 46 | JUL 16 | 16 | referral slip from Clinicas De Salud Del Pueblo |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |