MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS Jesus Quintana-Grijalva

___ Plaintiff x Defendant ___ Court Type of Hearing: Jury Trial

Case Number: 07/16/08

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| D | 7/16/08 | 7/16/08 | 12/20/07 Summons to appear for George Quinonez |
| A | 7/15/08 | | referral slip |
| B | 7/15/08 | | incident report of Officer Ramon Garcia |
| C | 7/15/08 | | personal search worksheet |
| E | 7/16/08 | 7/16/08 | referral to medical care facility |
| F | 7/16/08 | 7/16/08 | progress notes from clinic |
| G | 7/16/08 | | El Centro Regional Med. Ctr. 9/2/07 - x-ray notes page 2 |
| H | 7/16/08 | | El Centro Regional Med Ctr. 2 views of x-rays page 1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |